ACCEPTED
03-15-00241-CR
6348110
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 1:16:50 PM
JEFFREY D. KYLE
CLERK

N0. 03-15-00241-CR

| | | |
|---|---|---|
| MICHAEL JOHN JAMES | § | IN THE COURT OF APPEALS |
| Appellant | | |
| | | 3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>8/4/2015 1:16:50 PM<br>JEFFREY D. KYLE<br>Clerk |
| VS. | § | THIRD JUDICIAL DISTRICT |
| THE STATE OF TEXAS | § | STATE OF TEXAS |
| Appellee | | |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, **MICHAEL JOHN JAMES**, Appellant, by and through his counsel of record, Leonard Martinez, and files this his motion for an extension for 30 days in which to file the Appellant's Brief. In support of this motion, Appellant would show the Court the following:

I.

Appellant's brief was due on 7-13-15 and is overdue. Counsel's failure to file Appellant's Brief is due to mitigating circumstances.

II.

Counsel continues to have health issues. Counsel underwent lower back surgery for debilitating pain on 7-22-15 and is recovering. There was a complication but that has been resolved and counsel should be able to function at a higher level in about another week. Counsel has read the record, identified an important issue, and is beginning to brief that issue which has to do with the

deadly weapon finding in this case.

Counsel should be able to complete the brief within 30 days.

WHEREFORE, Appellant prays that the Court grant this motion and extend the deadline for filing the Appellant's Brief for a period of 30 days.

Respectfully submitted,

/s/Leonard Martinez
Leonard Martinez
812 San Antonio, Suite 104
Austin, Texas 78701
(512) 472-0958
(512) 472-3053 Fax
Bar No. 13142750

ATTORNEY FOR APPELLANT

Certificate of Service

I certify that a true and correct copy of the foregoing document was sent to the Travis County District Attorney this 4th Day of August, 2015.

/s/Leonard Martinez
Leonard Martinez